UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.:**   2:25-cv-07352-BFM               **Date:** February 3, 2026

**Title:**   *Hendricks v. Fleur Nail Spa LLC*

======================================================================

Present:   The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

Christianna Howard                                      N/A
Deputy Clerk                                Court Reporter / Recorder

Attorneys Present for Plaintiff          Attorneys Present for Defendant
N/A                                                      N/A

**Proceedings:    (In Chambers) Order to Show Cause re: Failure to Prosecute and to Follow Court Orders**

Plaintiff initiated this case in August 2025. A representative of Defendant (who indicates she has not yet been able to secure counsel for Defendant) provided an email chain reflecting her attempts to contact Plaintiff's counsel since November 12, 2025, which were unsuccessful. (ECF 16 at 9-10.) The Court ordered the parties to indicate their willingness to participate in early mediation by January 27, 2026; neither party responded by that deadline.

An attorney has a responsibility to respond to court orders, and to be reasonably responsive to inquiries from the opposing side. It appears Plaintiff has not done so over the past several months, leading the Court to believe that Plaintiff may have decided to abandon this case. Indeed, Plaintiff's counsel has not filed anything in this case since August 2025, including a proof of service, as is his obligation. Plaintiff is therefore ordered to show cause in writing, **no later than February 17, 2026**, why this case should not be dismissed for failure to prosecute.

Page **1** of **2**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.:**   2:25-cv-07352-BFM                    **Date:** February 3, 2026

**Title:**      *Hendricks v. Fleur Nail Spa LLC*

====================================================================

A response to the Court's January 21, 2026, order will be treated as a sufficient response to this order, as will a notice of voluntary dismissal, if Plaintiff has, indeed, decided not to pursue this case.

**IT IS SO ORDERED**

Initials of Preparer:      ch