# RETURN OF SERVICE
## United States District Court
## Central District of California

Case Number: 2:25-CV-07352-BFM

Plaintiff: **Brian Hendricks individually and on behalf of all those similarly situated**
vs.
Defendant: **Fleur Nail Spa LLC**

For:
Gerald Lane
The Law Offices of Jibrael S. Hindi, PLLC [CA]
jbrael@, gerald@jibraellaw.com
110 SE 6th Street, 17th Floor
Ft. Lauderdale, FL 33301

Received by All Broward Process Corp on the **25th day of August, 2025** at **10:49 am** to be served on **Fleur Nail Spa LLC c/o Teena Le Ta Duc, 2723 Bristol Street, D5, Santa Ana, CA 92706**.

I, Carlos Abrego, do hereby affirm that on the **27th day of August, 2025** at **3:59 pm**, I:

**SUBSTITUTE** served by delivering a true copy of the **Summons, Civil Cover Sheet, Amended Class Action Complaint, Notice of Assignment to a US Magistrate Judge and Declination of Consent, Certification and Notice of Interested Parties** with the date and hour of service endorsed thereon by me, to: **Stella Lee** as **Authorized**, a person employed therein and authorized to accept service for **Fleur Nail Spa LLC** at the address of: **2723 Bristol Street, D5, Santa Ana, CA 92706**, the within named person's usual place of **Work**, in compliance with State Statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing Return of Service and that the facts stated are true. Notary not required pursuant to F.S. 92.525(2). Electronically signed in accordance with FSS 48.21(1). Service was completed per FSS 48 and /or Federal Rules of Civil Procedures Rule 4, 28 U.S.C. 1608 and/or congruent to the rules of The State or Jurisdiction in which the summons, subpoena or document originated. .

Carlos Abrego
Los Angeles County Reg #6456

**All Broward Process Corp**
**701 N Fig Tree Lane**
**Plantation, FL 33317**
**(954) 214-5194**

Our Job Serial Number: BPC-2025004441

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d